**DISMISS; Opinion Filed June 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01585-CV

## IN THE INTEREST OF J.K.S.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 1311655Y**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

On April 24, 2014, after the court reporter informed us that appellant had not requested preparation of the reporter's record, we submitted the appeal without the reporter's record and ordered appellant to file his brief no later than May 27, 2014. *See* TEX. R. APP. P. 37.3(c). When appellant failed to timely file his brief, we directed appellant to file the brief, along with an extension motion, no later than June 9, 2014. Despite being cautioned that failure to comply would result in dismissal of the appeal, appellant has yet to file his brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

131585F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.K.S.M., A CHILD

No. 05-13-01585-CV          V.

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 1311655Y.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers
participating.

      In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

      We **ORDER** that appellee Jennifer Denise Sheppard recover her costs, if any, of this appeal from appellant Daniel Joseph Mavero.

Judgment entered this 25th day of June, 2014.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE